| Name of Person Reporting | Date of Report |
|---|---|
| Black, Susan H. | 05/06/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Mortgage-Parcel 33 (Part VII, line 18) | P1 |
| 2. | SunTrust Bank | Mortgage-Parcel 39 (Part VII, line 36) | M |
| 3. | Mercantile Bank | Mortgage-Parcel 38 (Part VII, line 25) | N |
| 4. | PHH Mortgage | Mortgage-Parcel 40 (Part VII, line 38) | M |
| 5. | Coldwell Banker Mortgage | Mortgage-Parcel 41 (Part VII, line 39) | L |

| Name of Person Reporting | Date of Report |
|---|---|
| Black, Susan H. | 05/06/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part I - ████y Life Insurance Trust - not listed in Part VII, as it is an unfunded trust.

| Name of Person Reporting | Date of Report |
|---|---|
| Black, Susan H. | 05/06/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544